## R. O. JEFFRESS v. NORFOLK SOUTHERN RAILROAD COMPANY.

(Filed 4 October, 1911.)

APPEAL by plaintiff from *Ferguson, J.,* at March Term, 1911, of PITT.

*Harry Skinner for plaintiff.*

*Moore & Long for defendant.*

PER CURIAM. We have examined the several assignments of error and the record in this appeal. The only issue related to the question of damage, and we find no error in the record which in our opinion necessitates another trial.

No error.